FILED: September 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7232

(1:97-cr-00355-WMN-3)

(1:13-cv-01815-WMN)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

HILTON THOMAS, a/k/a Dinkles

  Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the unopposed motion for abeyance, the court grants the motion. The court places this case in abeyance pending a decision by the Supreme Court in <u>Montgomery v. Louisiana, cert. granted</u>, 135 S. Ct. 1546 (Mar. 23, 2015). The parties are directed to notify this court in writing promptly upon issuance of the decision.

For the Court

/s/ Patricia S. Connor, Clerk