FILED: February 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7232
(1:97-cr-00355-WMN-3)
(1:13-cv-01815-WMN)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

HILTON THOMAS, a/k/a Dinkles

       Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the joint motion for remand, the court reverses the district court's order denying relief under 28 USC section 2255, vacates the defendant's sentence, and remands this case to the district court for resentencing.

The clerk shall forward a copy of this order, accompanied by the motion for remand, to the district court.

Entered at the direction of Judge Diaz, with the concurrence of Judge Motz and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk